# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 13-01183-VAP (OPx)                              Date:  May 23, 2014

Title:   MATTHEW LEITZELL -v- LOWE'S HIW, INC.; AND DOES 1 THROUGH 100, INCLUSIVE
================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:   ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE (IN CHAMBERS)

   On July 7, 2013, this action was removed to this Court.  (Doc. No. 1.)  Since that time, Plaintiff has failed to prosecute this action.

   Accordingly, the Court ORDERS Plaintiff to show cause in writing, not later than May 29, 2014, why this action should not be dismissed for failure to prosecute. Failure to file a timely response to this Order to Show Cause will result in the dismissal of this action.

   **IT IS SO ORDERED.**