**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.  EDCV 13-01183-VAP (OPx)                      Date:  May 30, 2014

Title:  MATTHEW LEITZELL -v- LOWE'S HIW, INC.; AND DOES 1 THROUGH 100, INCLUSIVE
=================================================================
PRESENT:  HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| | |
|---|---|
| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:  ORDER DISMISSING FOR FAILURE TO PROSECUTE (IN CHAMBERS)

     On May 23, 2014, the Court issued an Order to Show Cause Re: Failure to Prosecute.  (Doc. No. 6.)  That Order stated that Plaintiff was required to file a Response by no later than May 29, 2014, explaining why this action should not be dismissed for failure to prosecute.  To date, Plaintiff has not responded in any way to the Order to Show Cause.  Accordingly, Plaintiff's claims are DISMISSED without prejudice.

     **IT IS SO ORDERED.**