**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LEITZELL,<br><br>          Plaintiff,<br><br>     v.<br><br>LOWE'S HIW, INC.; AND<br>DOES 1 THROUGH 100,<br>INCLUSIVE,<br><br>          Defendants. | Case No. EDCV 13-01183-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>May 30, 2014</u>

_____
VIRGINIA A. PHILLIPS
United States District Judge